# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:18-CR-204-ALM-KPJ |
| MICHAEL CALZADIAS (4), | § § | |
| Defendant. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #365) that Defendant Michael Calzadias's ("Defendant") Motion to Suppress (Dkt. #293) be **DENIED**.

Defendant filed an Objection to Report and Recommendation of the United States Magistrate Judge (Dkt. #367). However, Defendant does not detail a valid objection in the one-page filing. Defendant merely states that "[c]ounsel has researched and can find no case law setting a standard that applies to length, scope and manner of detention of a vehicle following voluntary consent," contending it appears to be "an open question" (Dkt. #367 at p. 1). Defendant, therefore, only broadly argues that the length, scope, and manner of detention of the vehicle was not reasonable.

Having received the report of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the

Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant Michael Calzadias's Motion to Suppress (Dkt. #293) is **DENIED**.

    **IT IS SO ORDERED**.

    **SIGNED this 19th day of November, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE